IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY BINDER,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-119 |
| | : | |
| **MICHAEL T. KENDERSKI, et al.,** | : | |
| Defendants | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW**, this 4th day of September, 2009, upon consideration of the motion to dismiss (Document #7), it is hereby ORDERED that the motion is GRANTED. The complaint is hereby DISMISSED.

    The Clerk of Court shall mark this case CLOSED for statistical purposes.

                          BY THE COURT:

                          /s/ Lawrence F. Stengel
                          LAWRENCE F. STENGEL, J.